IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-03504-PAB-MJW

LUCYNDA MARTINEZ,

    Plaintiff,

v.

TCF NATIONAL BANK,
TCF BANK COLORADO, and
TCF FINANCIAL CORP.,

    Defendants.
_____

**ORDER**
_____

    This matter comes before the Court on plaintiff's Motion to Dismiss Defendant TCF Bank Colorado and TCF Financial Corp. [Docket No. 23]. It is

    **ORDERED** that the Motion to Dismiss Defendant TCF Bank Colorado and TCF Financial Corp. [Docket No. 23] is granted. It is further

    **ORDERED** that all claims against defendants TCF Bank Colorado and TCF Financial Corp. are dismissed. It is further

    **ORDERED** that defendants TCF Bank Colorado and TCF Financial Corp. shall be removed from the case caption.

    DATED May 27, 2014.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge