IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03504-PAB-MJW

LUCYNDA MARTINEZ,

Plaintiff(s),

v.

TCF NATIONAL BANK,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion to Amend the Scheduling Order to Extend the Time to Complete Discovery (Docket No. 43) is granted, and the Scheduling Order (Docket No. 22) is amended so as to extend the discovery deadline up to and including February 26, 2015.

Date: January 13, 2015